```
 1  JOHN M. POLSON, Bar No. 157820
    E-mail: jpolson@laborlawyers.com
 2  CHRISTOPHER J. BOMAN, Bar No. 198798
    E-mail: cboman@laborlawyers.com
 3  FISHER & PHILLIPS LLP
    18400 Von Karman Avenue, Suite 400
 4  Irvine, California 92612
    Phone:  (949) 851-2424
 5  Fax:  (949) 851-0152

 6  Attorneys for Defendant
    BETTER BUSINESS SYSTEMS, INC.
 7
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| JAY DEE ROBINSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BETTER BUSINESS SYSTEMS, INC., and DOES 1 through 30, inclusive,<br><br>　　　　Defendants. | Case No. C 05-03724 JSW<br><br>STIPULATION TO EXTEND EARLY NEUTRAL EVALUATION COMPLETION DEADLINE AND POST-EARLY NEUTRAL EVALUATION SCHEDULING CONFERENCE; (~~PROPOSED~~) ORDER<br><br>Current ENE Deadline: 02/27/06<br><br>Trial: None. |

TO THE HONORABLE JEFFREY S. WHITE:

Defendant, BETTER BUSINESS SYSTEMS, INC. ("BBS") submits this stipulation requesting a thirty-day extension of the Early Neutral Evaluation ("ENE") completion deadline (currently set for February 27, 2006), and a thirty-day extension of the Scheduling Conference/Case Management Conference (currently set for March 17, 2006).

1.  **DEFENDANT'S STATEMENT OF CONSIDERATIONS IN SUPPORT**

On Tuesday, January 17, 2006, the parties participated in a pre-session ENE telephone conference call with evaluator Thomas LoSavio, Esq. In preparation of the conference call, the parties contacted their respective clients and/or client representatives to determine their availability for purposes of scheduling the ENE conference. During the conference call, the parties and Mr. LoSavio addressed various procedural and scheduling issues as prescribed by

local rules in preparation of the ENE conference. Based on the everyone's calendars at that time, the ENE conference was scheduled for February 24, 2006.

On January 23, 2006, BBS's counsel was advised that due to an unforeseeable event, its principle, Art Geiger, was no longer available on February 24, 2006 to attend the ENE conference in San Francisco, California, and requested that the conference date by re-scheduled. (Of note, the BBS representatives attending the conference are traveling from Billings, Montana.) Defendant's counsel immediately contacted opposing counsel and Mr. LoSavio to notify them of the situation.

On Monday, January 23, 2006, defendant's counsel, Christopher Boman, contacted plaintiff's counsel, Kenneth McKenzie, who agreed to continue the ENE conference date. On January 23, 2006, Mr. Boman also left a voicemail message with Mr. LoSavio's office advising that our client representative was no longer available on February 24, 2006 and requested a continuance. On January 24, 2006, Mr. LoSavio telephoned defendant's counsel and advised the continuance was acceptable and to coordinate a new date with his assistant and opposing counsel. During the coordination of the new date between all parties, it was determined that the first available date was not until mid-March. The parties and Mr. LoSavio agreed on March 16, 2006. As such, the parties stipulated to seek a continuance of the current February 27, 2006 ENE completion deadline and the March 17, 2006 Scheduling Conference (with all applicable related reporting dates).

Below is the parties' stipulation:

**STIPULATION**

Defendant, BETTER BUSINESS SYSTEMS, INC. ("BBS") and plaintiff, JAY DEE ROBINSON, through their counsel of record, hereby stipulate to a thirty-day extension of the ENE completion deadline (currently set for February 27, 2006), and a thirty-day extension of the Scheduling Conference (currently set for March 17, 2006). Parties have conferred with evaluator Thomas LoSavio, Esq. who has agreed to continue the ENE conference date (currently set for February 24, 2006), and approved the new date stipulated to below.

//

2

Robinson v. Better Business Systems, Inc.
Case No. C 05-03724 JSW
Irvine 398989.1

Stipulation to Extend
ENE Completion Deadline
And Post ENE Scheduling Conference

The parties hereby stipulate as following:

1. The ENE conference is continued from February 24, 2006 to **March 16, 2006 at 10:00 a.m.** at Mr. LoSavio's office (pending the court's approval and order);

2. The ENE completion deadline is extended for thirty-days from February 27, 2006, with a proposed new deadline of **March 27, 2006** (pending the court's approval and order);

3. The Scheduling Conference/Case Management Conference is continued for thirty-days from March 17, 2006, with a proposed new date of **April 14, 2006 at 1:30 p.m.** (pending the court's approval and order).

Dated: January 27, 2006

FISHER & PHILLIPS LLP

By: _____
JOHN M POLSON
CHRISTOPHER J. BOMAN
Attorneys for Defendant,
BETTER BUSINESS SYSTEMS, INC.

Dated: January ___, 2006

BOWLES & VERNA LLP

By: _____
KENNETH B. McKENZIE
Attorneys for Plaintiff,
JAY DEE ROBINSON

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

3

Robinson v. Better Business Systems, Inc.
Case No. C 05-03724 JSW

Stipulation to Extend
ENE Completion Deadline
And Post ENE Scheduling Conference

Irvine 398989.1

The parties hereby stipulate as following:

1. The ENE conference is continued from February 24, 2006 to **March 16, 2006 at 10:00 a.m.** at Mr. LoSavio's office (pending the court's approval and order);

2. The ENE completion deadline is extended for thirty-days from February 27, 2006, with a proposed new deadline of **March 27, 2006** (pending the court's approval and order);

3. The Scheduling Conference/Case Management Conference is continued for thirty-days from March 17, 2006, with a proposed new date of **April 14, 2006 at 1:30 p.m.** (pending the court's approval and order).

Dated: January 27, 2006          FISHER & PHILLIPS LLP

                                 By: _____
                                 JOHN M. POLSON
                                 CHRISTOPHER J. BOMAN
                                 Attorneys for Defendant,
                                 BETTER BUSINESS SYSTEMS, INC.

Dated: January 30, 2006          BOWLES & VERNA LLP

                                 By: _____
                                 KENNETH B. McKENZIE
                                 Attorneys for Plaintiff,
                                 JAY DEE ROBINSON

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: February 1, 2006          _____
                                 JEFFREY S. WHITE
                                 UNITED STATES DISTRICT JUDGE

3

Robinson v. Better Business Systems, Inc.                    Stipulation to Extend
Case No. C 05-03724 JSW                                      ENE Completion Deadline
Irvine 395989.1                                              And Post ENE Scheduling Conference