IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBINSON,<br><br>   Plaintiff,<br><br> v.<br><br>BETTER BUSINESS SYSTEMS, INC.,<br><br>   Defendant.<br>_____/ | No. C 05-03724 JSW<br><br>**ORDER REQUIRING JOINT STATUS REPORT RE SETTLEMENT** |

On October 13, 2006, the parties filed a notice of settlement. A dismissal has not yet been filed. Accordingly, the parties are HEREBY ORDERED to submit a joint status report to the Court setting forth the status of the settlement and when they expect a dismissal to be filed. The joint status report shall be due on December 15, 2006. If a dismissal is filed before that date, the parties need not file the report.

  **IT IS SO ORDERED.**

Dated: December 8, 2006

                        _/s/ Jeffrey S. White_
                        JEFFREY S. WHITE
                        UNITED STATES DISTRICT JUDGE